IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE A. JOHNSON, | No. C 09-04660 SBA (PR) |
| Petitioner, | **ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DIRECTING PETITIONER TO PAY FILING FEE WITHIN THIRTY DAYS** |
| v. | |
| PAM AHLIN, et al., | |
| Respondents. | |

Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application for in forma pauperis (IFP) status.

Ordinarily, a petitioner is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor. See 28 U.S.C. § 1915(a). The filing fee for a petition for a writ of habeas corpus is $5.00. See 28 U.S.C. § 1914(a). In support of his application to proceed IFP, Petitioner has submitted information from his prison trust account which shows that over the preceding six-month period the average deposits each month to his account were $97.00 and the average monthly balance in his account was $257.00. Based on this information, the Court concludes that Petitioner is able to pay the $5.00 filing fee. Accordingly, leave to proceed IFP is DENIED.

Petitioner shall arrange for the prison trust account office or a friend or family member to pay the fee in this matter. The fee shall be paid within **thirty (30) days** of the date of this Order or the petition will be dismissed.

IT IS SO ORDERED.

Dated: 11/4/09

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.09\Johnson4660.DenyIFP.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RONNIE A JOHNSON,

        Plaintiff,

  v.

PAM AHLIN et al,

        Defendant.

Case Number: CV09-04660 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronnie A. Johnson C0004663
Coalinga State Hospital
P.O. Box 5000
Coalinga, CA 9321-5000

Dated: November 16, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk