IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE A. JOHNSON, | No. C 09-04660 SBA (PR) |
| Petitioner, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| PAM AHLIN, et al., | |
| Respondents. | |

Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed with the Court, Petitioner also filed a completed prisoner's in forma pauperis application.

On November 4, 2009, the Court issued an Order Regarding In Forma Pauperis Motion. The Court directed Petitioner to pay the filing fee within thirty days of the date of the Order. Petitioner was also informed that the failure to pay the filing fee within the thirty-day deadline shall result in dismissal of this action.

More than thirty days have passed, and Petitioner has not paid the filing fee. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case. Petitioner's in forma pauperis application is DENIED. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: 12/8/09

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.09\Johnson4660.DisIFP.wpd

1 UNITED STATES DISTRICT COURT
2 FOR THE
3 NORTHERN DISTRICT OF CALIFORNIA
4
5
6 RONNIE A JOHNSON,      Case Number: CV09-04660 SBA
7      Plaintiff,      **CERTIFICATE OF SERVICE**
8 v.
9 PAM AHLIN et al,
10      Defendant. /
11
12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13
14 That on December 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
15
16
17
18 Ronnie A. Johnson C0004663
Coalinga State Hospital
P.O. Box 5000
19 Coalinga, CA 9321-5000
20 Dated: December 10, 2009
         Richard W. Wieking, Clerk
21          By: LISA R CLARK, Deputy Clerk
22
23
24
25
26
27
28

P:\PRO-SE\SBA\HC.09\Johnson4660.DisIFP.wpd      2